NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MYLAN INSTITUTIONAL LLC, APICORE US LLC,**
*Plaintiffs-Appellees*

v.

**AUROBINDO PHARMA LTD., AUROBINDO PHARMA USA INC., AUROMEDICS PHARMA LLC,**
*Defendants-Appellants*

---

2017-1645

---

Appeal from the United States District Court for the Eastern District of Texas in No. 2:16-cv-00491-RWS-RSP, Judge Robert Schroeder III.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Appellants submit a motion to expedite briefing and oral argument in the above-captioned appeal. Appellees oppose the motion.

Appellants propose filing their opening brief on March 6, 2017.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted to the extent that Appellants' opening brief is due no later than March 6, 2017; Appellees' response brief is due no later than March 20, 2017; Appellants' reply brief is due no later than March 27, 2017; and the joint appendix is due no later than March 29, 2017. No extensions should be anticipated.

(2) Oral argument will be scheduled by subsequent order of the court.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s25